United States District Court

For the Northern District of California

1
2
3
4
5               UNITED STATES DISTRICT COURT

6               NORTHERN DISTRICT OF CALIFORNIA

7

8   JONATHAN JIMENEZ,                          No. C-13-2883 EMC

9           Plaintiff,

10          v.                                 **ORDER DISCHARGING THE ORDER
                                               TO SHOW CAUSE**
11   UNITED STATES POSTAL SERVICE,
    *et al.*,
12
            Defendants.
13   _____/

14

15

16          On October 7, 2013, this Court dismissed the instant action for failure to comply with the

17   exhaustion requirements contained in the Federal Tort Claims Act.  (Dkt. No. 19).  In this order, the

18   Court expressed concern with the performance of Plaintiff's counsel, Mr. James A. Zito.  (*Id.* at 6-8).

19   Accordingly, this Court ordered Mr. Zito to serve a copy of the Court's order on his client and to

20   show cause why he should not be referred to the Standing Committee on Professional Conduct

21   pursuant to Civ. L.R. 11-6(a)(1).

22          The Court finds Mr. Zito's explanation for the delay in filing his client's SF-95 – that he

23   asked his assistant to do it and thought it was being done – exceedingly weak.  *See Hu v. Fang*, 104

24   Cal. App. 4th 61, 64 (2002) ("[E]ven though an attorney cannot be held responsible for every detail

25   of office procedure, he must accept responsibility to supervise the work of his staff." (citation

26   omitted)).  However, Mr. Zito has accepted responsibility.  He has further represented that he has

27   implemented a new system to ensure that "all pertinent dates are calendared and claims filed and/or

28   timely served."  (Dkt. No. 21, at 4).  In light of these representations, as well as the Court's

expectation that Mr. Zito will be more diligent in the future, the Court will **DISCHARGE** the order to show cause and will not refer Mr. Zito to the Standing Committee.

Nothing in this order shall be construed as a finding by this Court that Mr. Zito's provided competent representation in this action. *Cf. Coscia v. McKenna & Cuneo*, 25 Cal. 4th 1194, 1199 (2001) (recognizing the "duty of the attorney to use such skill, prudence, and diligence as members of his or her profession commonly possess and exercise").

IT IS SO ORDERED.

Dated:  October 18, 2013

_____
EDWARD M. CHEN
United States District Judge

**United States District Court**
For the Northern District of California

2